**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                                 Case No.8:25-bk-00568-CED

BRYANT SCOTT EDELMAN AKA BRYANT          Chapter 13
S EDELMAN,

　　　　　　　Debtor.

_____/

**PNC BANK, NATIONAL ASSOCIATION'S**
**OBJECTION TO CONFIRMATION OF**
**DEBTOR'S CHAPTER 13 PLAN**

　　　　PNC BANK, NATIONAL ASSOCIATION ("Secured Creditor"), by and through undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan*, and in support thereof states as follows:

　　　　1.　　On January 29, 2025, Bryant Scott Edelman ("Debtor") commenced this bankruptcy case by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code [D.E. #1].

　　　　2.　　Secured Creditor holds a security interest in Debtor's real property located at 7 Ambleside Dr, Clearwater, FL 33756 (the "Property"), by virtue of a Mortgage which is recorded in Official Records Book 22174, at Page 744, of the Public Records of Pinellas County, Florida. The Mortgage secures a Note in the amount of $532,500.00.

　　　　3.　　Secured Creditor intends to file a Proof of claim in this case, in the approximate principal balance amount of $513,598.89 with arrears in the amount of $4,811.68.

　　　　4.　　According to the *Chapter 13 Plan* [D.E. #3] (the "Plan"), Debtor proposes to treat Secured Creditor outside of the Plan and fails to provide for the pre-petition arrears owed on the account.

　　　　5.　　On January 29, 2028, this court entered the *Administrative Order FLMB-2023-3 Prescribing Procedures for Chapter 13 Cases filed on or After December 4, 2023* [D.E. No. 5],

according to which "The Plan may provide for Debtor to make post-petition payments directly to secured creditors or lessors only on claims that are not in default" [D.E. No. 5 at ¶4(h)].

6.      Accordingly, Secured Creditor objects to the Plan and to any plan which proposes to pay anything less than the anticipated pre-petition arrearage over the life of the plan.

7.      Secured Creditor hereby reserves the right to supplement this Objection at or prior to the hearing.

**WHEREFORE,** Secured Creditor respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Secured Creditor as stated herein.

Respectfully Submitted:

/s/ *Leslie Gomez*

Leslie Gomez
Bar No.: 518611
Attorney for Secured Creditor
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: lgomez@aldridgepite.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Objection to Confirmation of Chapter 13 Plan to be served electronically or via U.S. Mail, first-class postage prepaid, to:

**DEBTOR**

Bryant Scott Edelman
7 Ambleside Dr, Pinellas
Clearwater, FL 33756

**DEBTOR ATTORNEY**
**(via electronic notice)**

Sanad M Hamad
shamad@robertgellerlaw.com

**TRUSTEE**
**(via electronic notice)**

Kelly Remick
ecf@ch13tampa.com

**UNITED STATES TRUSTEE**
**(via electronic notice)**

Department of Justice
USTPRegion21.TP.ECF@USDOJ.GOV

Dated: February 24, 2025

/s/ Leslie Gomez
Leslie Gomez
Bar No.: 518611
Attorney for Secured Creditor
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: lgomez@aldridgepite.com