**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                          Case No. 8:25-bk-00568-CED
                                                                Chapter 13
BRYANT SCOTT EDELMAN


Debtor(s)*

_____

**TRUSTEE'S MOTION TO DISMISS FOR**
**FAILURE TO MAKE PAYMENTS TO THE TRUSTEE**

Kelly Remick, the Chapter 13 Standing Trustee, by and through her undersigned

attorney, hereby moves to dismiss the above-styled Chapter 13 case, and in support

thereof would state as follows:

1.    As of July 17, 2025, the Debtor is delinquent in payments ordered to be paid

to the Chapter 13 Trustee to the extent of $16,241.00, which sum is through and including

the June 2025 payment.

2.    The Debtor's failure to make timely payments to the Chapter 13 Trustee is

contrary to the terms of the Administrative Order entered in this case and as such

constitutes grounds for dismissal pursuant to 11 U.S.C. §1307(c)(1) as a willful failure of

the Debtor to abide by Orders of the Court and as an unreasonable delay that is prejudicial

to creditors.

WHEREFORE, the Trustee respectfully requests that the Court enter an order

dismissing the Debtor's case for failure to make plan payments for the above-styled

_____

*All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two
individuals.

1

Chapter 13 case, together with such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Motion to Dismiss for Failure to Make Payments to the Trustee was furnished, by U.S. Mail and/or CM/ECF, to Bryant Scott Edelman at 7 Ambleside Dr, Pinellas, Clearwater, FL 33756 and The Law Offices of Robert M. Geller, 807 West Azeele Street, Tampa, FL 33606 on July 17, 2025.

/s/ Lydia Marie Gazda, Esquire
LYDIA MARIE GAZDA, ESQUIRE
Attorney for the Trustee
Florida Bar No. 0071842
P. O. Box 89948
Tampa, FL 33689-0416
Phone (813) 658-1165
Facimile (813) 658-1166

2